**Stephen P. Rickles,** OSB #793613
steve@rickles-law.com
**Martin W. Jaqua,** OSB #860528
mjaqua@rickles-law.com
THE RICKLES LAW FIRM, PC
1839 NW 24th Avenue
Portland, Oregon 97210-2537
Telephone: 503.229.1850
Facsimile: 503.229.1856
    Attorneys for Defendant

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| MASOUD FARAJI, | |
|     Plaintiff, | Case No. 3:15-cv-00592-BR |
| v. | **STIPULATION FOR GENERAL JUDGMENT OF DISMISSAL** |
| SWICKARD CORPORATION, | |
|     Defendant. | |

IT IS HEREBY STIPULATED, pursuant to FRCP 41(a)(2), by and between the attorneys for the respective parties herein that a general judgment can be entered, dismissing all claims in the above case with prejudice and without costs

Page 1 – STIPULATION FOR GENERAL JUDGMENT OF DISMISSAL
\\RLF-FS\RLF\CLIENTS\8000\8900.023-FARAJI-SWICKARD CORP\STIP FOR GEN JGMT OF DISMISSAL.DOC

to any party, upon the grounds and for the reason that the matter has been fully settled and compromised.

DATE: Jan 7, 2016

Aaron W. Baker, OSB # 922220
awblaw@earthlink.net
*Of Attorneys for Plaintiff*

DATE: January 7, 2016

Stephen P. Rickles, OSB #793613
The Rickles Law Firm, PC
steve@rickles-law.com
*Of Attorneys for Defendant*

Page 2 -- STIPULATION FOR GENERAL JUDGMENT OF DISMISSAL
\\RLF-FS\RLF\CLIENTS\8000\8900.023-FARAJI-SWICKARD CORP\STIP FOR GEN JGMT OF DISMISSAL.DOC